IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAYVON WALKER,**

    Plaintiff,

v.                                                         Civil Action No. **3:21CV489**

**SGT. CLANCE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 13, 2021, the Court conditionally docketed Plaintiff's action. On August 19, 2021, the United States Postal Service returned the August 13, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Not at Jail." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ 
John A. Gibney, Jr.
United States District Judge

Date: 27 August 2021
Richmond, Virginia